## DECLARATION OF SERVICE BY MAIL

I, Joshua A. Weiner, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on February 21, 2018, I served a NOTICE OF APPEARANCE (Docket No. 5) on behalf of Defendant the City of New York, upon the following plaintiff pro se by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Brian Lehman
Plaintiff Pro Se
244 Fifth Avenue, Suite B258
New York, NY 10001

Dated: New York, New York
February 21, 2018

_____
JOSHUA A. WEINER
Senior Counsel
Special Federal Litigation Division