UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIAN LEHMAN,

        Plaintiff,                                        **ORDER**
                                                      **18 CV 706 (BMC)(LB)**

        -against-

CITY OF NEW YORK, RICHARD A. BROWN,
SCOTT E. KESSLER, NEW YORK CITY
POLICE DEPARTMENT, JOHN TRAVAGLIA,
BRIAN TITTERTON, FRANCISCO M. ARIA,
VICTOR CASTILLO, and UNKNOWNS 1-10

        Defendants.
------------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

        Defendant City of New York writes to request that the Court: (1) compel plaintiff to provide defendants with a §160.50 release; and (2) extend the deadline by which defendant City of New York must respond to plaintiff's complaint. ECF No. 8. Plaintiff does not consent to this request and refuses to provide a §160.50 release to defendant. Pursuant to New York Criminal Procedure Law §160.50, "[u]pon the termination of a criminal action or proceedings against a person in favor of such person . . . the record of such action . . . shall be sealed[.]" Defendant maintains that the §160.50 release is necessary to access the sealed police and criminal court documents in order for the defendant to adequately respond to plaintiff's complaint.

        The Court shall hold an initial conference on March 15, 2018 at 10:00 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.[1] Defendant shall bring § 160.50 releases to the conference for plaintiff to execute on that date. Defendant's deadline to respond to plaintiff's complaint is stayed pending the March 15, 2018 initial conference.

SO ORDERED.

                                                                                             /S/

Dated: March 2, 2018                                                 LOIS BLOOM
        Brooklyn, New York                               United States Magistrate Judge

---

[1] Defendant shall serve a copy of this Order on plaintiff forthwith.

1