

March 4, 2018

*Via First Class Mail*

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Lehman v. Brown et al.*, No. 18 Civ. 00706 (BMC) (LB)

Judge Bloom:

    I write to request that the caption on PACER be corrected by the Clerk of the Court. In particular, the Clerk entered one defendant's name ("Francisco Maria") as Francisco M. Aria. The Court's most recent order (Dkt. No. 9) has replicated this scrivener's error.

    As the original complaint shows, I named Francisco Maria as a defendant. *See* Complaint ¶ 16 ("At all relevant times herein, Defendant Francisco Maria was a police officer in the 108th Precinct."); *see also* ¶¶ 35, 36, 40, and 41.

    Mr. Weiner's initial response via email to my email providing him the complaint further provided the following information:

        Officer Francisco Maria, Shield No. 8523
        NYPD
        108th Precinct
        5-47 50th Avenue
        Long Island City, NY 11101

Despite this acknowledgement, an error on Officer Maria's name was made in the City of New York's most recent filing. *See* Dkt. # 8 at 1 n.1 (referring to Francisco M. Aria). In light of these errors, I thought it best to bring it to the Court's attention to prevent further confusion.

                                          Respectfully,

                                          Brian Lehman
                                          244 5th Ave., Suite B258
                                          New York, NY 10001

cc: Joshua Weiner & Megan Conger
(by mail and email)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

Brian Lehman

                          Plaintiff,                   Affirmation of Service

        -against-

Richard Brown et al     18 CV 706 (BMC) LB

                        Defendant.
---------------------------------------------------------- X

I, __Amanda Smith__, declare under penalty of perjury that I have served a copy of the attached __request for change in caption__ upon __Joshua Weiner & Megan Conger__ whose address is: __100 Church St. New York, NY 10007__

Dated: __March 4, 2018__
, New York

__a. Smith__
Signature

__8215 4th Ave__
Address

__Brooklyn, NY 11209__
City, State, Zip Code

Brian Lehman
244 5th Ave. B258
New York, NY 10001

Clerk's Office; Attn: Pro Se Office
(Pro Se Filing enclosed)
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn NY 11201